IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Belinda Walls,

   Plaintiff,          Civil No.  2:12-cv-0598

                  JUDGE WATSON

    vs.              Magistrate Judge Kemp

Portfolio Recovery Associates, LLC,

   Defendant.

## NOTICE OF SETTLEMENT CONFERENCE

Under the provisions of **E.D. Order 01-2,** this case is hereby noticed for March 2012 Settlement Week mediation.

**March 13, 2013 at 10:30 a.m. with Mediator Daniel R. Mordarski**

Please **check outside** room 121, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio for **the posting of mediation room assignments**

The **rules for mediation** are:
1. **Each party** and their **trial attorney** must **attend.**
2. No later than *February 25,* **2013**, **plaintiff** must serve a fully documented written **settlement demand** on the mediator and counsel for all other parties.
3. No later than *March 4, 2013* defendant must make a reasoned written **response** served on all counsel and the mediator.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.

*CANCELLATION.*  If **all counsel** agree that the case should not be mediated during the March Settlement Week, they **must** initiate a telephone conference call with Magistrate Judge Kemp [(614) 719-3410] **no later than March 6, 2013**.  If the parties disagree on that issue, the party seeking cancellation **must** file a **motion** no later than **March 6, 2013**.  The motion must be **supported by a memorandum which complies with E.D. Order 01-2** and **which is served on the client.**

                Terence P. Kemp
                United States Magistrate Judge

February 8, 2013

                 */s/ Wanda J. Harrison*
                Wanda J. Harrison, Deputy Clerk
                (614) 719-3023

Mediator
Daniel R. Mordarski, Law Offices of Daniel R. Mordarski LLC, Suite 1100, 5 East Long Street, Columbus OH 43215; 614.221.3200; 614.221.3201-fax; dan@mordarskilaw.com