## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BELINDA WALLS, | : | Case No. 2:12-cv-00598 |
| | : | |
| Plaintiff, | : | Judge Watson |
| | : | |
| | : | Magistrate Judge Kemp |
| v. | : | |
| | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | **NOTICE OF DEPOSITION OF PLAINTIFF BELINDA WALLS** |
| | : | |
| | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that Defendant Portfolio Recovery Associates, LLC ("Portfolio") will take the deposition of Plaintiff Belinda Walls on February 28, 2013, beginning at 1:30 p.m., at the offices of Frost Brown Todd, LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202. You are invited to attend and participate.

Respectfully submitted,

/s/ Ryan S. Lett

OF COUNSEL:

FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
(513) 651-6800

Ryan S. Lett (0088381)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6118 (direct dial)
(513) 651-6981 (facsimile)
rlett@fbtlaw.com (e-mail)
Trial Attorney for Defendant
Portfolio Recovery Associates, LLC

**CERTIFICATE OF SERVICE**

This is to certify that on February 26, 2013, a copy of the foregoing was filed using the Court's CM/ECF system and will be served on all counsel of record through such system. Additionally, a copy was served on the following by regular U.S. Mail:

J. Daniel Scharville, Esq.
6200 Rockside Woods Blvd., Suite 215
Independence, Ohio 44131

    /s/ Ryan S. Lett
Ryan S. Lett (Ohio No. 0088381)

CINLibrary LR12625.0597681   2698183vvv1