IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Belinda Walls,                          :

    Plaintiff,                      :

  v.                                  :     Case No. 2:12-cv-598

                                                    :     JUDGE MICHAEL H. WATSON
Portfolio Recovery Associates,              Magistrate Judge Kemp
LLC,                                    :

    Defendants.                     :

## ORDER

The motion for extension of time (#23) was filed without evidence of compliance with Local Civil Rule 7.3 and is therefore denied without prejudice.

                                                        /s/ Terence P. Kemp
                                                        United States Magistrate Judge