**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Belinda Walls,

      vs.                              Case No. 2:12-cv-598

Portfolio Recovery Associates, LLC,      **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the December 20, 2013 Opinion and Order, The Court GRANTS Defendant summary judgment on Plaintiff's § 1692(d)(5) claim.

Date: **December 20, 2013**        **John Hehman, Clerk**

                                                    s/ Jennifer Kacsor

                                              By Jennifer Kacsor/Courtroom Deputy